# UNITED STATES DISTRICT COURT
для the
Southern District of Illinois

| | |
|---|---|
| Deidre Nolen <br> *Plaintiff(s)* <br> v. <br> Trustmark Life Insurance Company <br> *Defendant(s)* | Case Number:   11-256-MJR-SCW |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __Defendant, Trustmark Life Insurance Company__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Illinois and Hawaii__. The state and federal bar numbers issued to me are: __Illinois - 6230373; Hawaii - 6336__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: __4/12/11__
Date

Signature of Movant

Tressler LLP, 233 S. Wacker, 22nd Floor
Street Address

Kathleen A. Sweitzer
Printed Name

Chicago, Illinois 60606
City, State, Zip